# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

SCOTT WARREN CULLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2600

———————————————

May 1, 2026

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.